# Exhibit D

# Exhibit D





FAQ's
Contact Us
Your Wishlist

Login | My Account
0 Items in cart
$0.00
Checkout Now

Home Categories Departments Manufacturers Customer Service

## Categories

- Accessories
- Accessory
- Airguns
- Ammunition
- Archery
- Firearms
- Gun Accessories
- Knives, Axes, and Saws
- Muzzleloading
- Optics
- Outdoor Hunting Accessories
- Reloading
- Safes and Gun Vaults
- Specials
- Lock N Load

Sign Up to receive our email newsletter

with huge discounts

Enter email address

< Signup >

Follow Us On
facebook

Enter Keywords

# BADGER UNIV CHRG HNDL W/AMBI G1 LTCH

**Price: $137.99**

In stock

ships from Warehouse 2

SKU: BO249-38

Quantity: 1 ADD TO CART Add to Wish List

Print

E-mail this product to a friend

Overview Reviews (0)

Badger Generation 1 Universal Charging Handle Black Charging Handle 249-38

**Specifications:**

| | |
|---|---|
| Fulfillable: | 1 |
| Stock Number: | BO249-38 |
| Manufacturer id: | BADGER |
| Description: | Charging Handle |
| Finish/Color: | Black |
| Manufacturer: | Badger |
| Manufacturer part #: | 249-38 |
| Model: | Generation 1 |
| Model: | Universal |
| Type: | Charging Handle |

EXHIBIT D

**FOLLOW US ON**



**SECURITY**



| FEATURED CUSTOM LINKS | CUSTOMER SERVICE | HELP & INFORMATION | ACCEPTED PAYMENT METHODS |
|---|---|---|---|
| Home | About Us | FAQ's |    |
| Site Map | Contact Us | Account Info | |
| | Privacy Policy | Order Status | **SHIPPING METHODS** |
| | Returns | |  |
| | Shipping Info | | |
| | Terms & Conditions | | |
| | Firearms Transfer Policy | | |

Copyright: LockNLoad Gun Store 2012                                        Developed by Vortx

EXHIBIT D