# Exhibit E

# Exhibit E



FAQ's
Contact Us
Your Wishlist

**Login | My Account**

0 Items in cart
$0.00

**Checkout Now**

Home          Categories          Departments          Manufacturers          Customer Service

 

Enter Keywords

## Filter Your Results

**Brand**
Badger (17)

**Category**
Bases, Mounts, and Adapters (12)
Misc. Accessories (1)
Misc. Gun Accessories (4)
Parts (4)
Scope Mounts (12)

**Finish**
Black (17)

**Fit**
30MM Rings (6)
34MM Rings (1)
Bolt (1)
Rem 700 BDL (2)
Rem 700 RH-SA (1)
Sav 10 SA (1)
Will work for any 30MM ring with a width of 5/8" (1)

**Item Type**
Accessory (5)
Optics (12)

**Model**
1 Piece (1)
5.56MM/2 (1)
AT (1)
Gen 1 (2)
Gen 2 (1)
High (3)
LA (1)
Maximize (1)
Maximized Series (1)
Medium (1)
More...

**Type**
Bolt Knob (1)
Charging Handle (2)
mnt (5)
Ring (6)
Ring Insert (1)

**Unit of Measure**
(17)

**Weight**
0 (1)
0.0625 (2)
0.125 (2)
0.1875 (2)
0.3125 (3)
0.375 (3)
0.4375 (1)
0.5 (2)
0.5625 (1)
0.625 (1)
More...



# Badger

Viewing Page 1 of 2
Page: **1** 2 > >>

In-Stock Only: ☐   Sort By: Relevance ▾
Products per page: 12 ▾

**BADGER AR GEN II TACTICAL LATCH BLK**
Compare
In stock
ships from Warehouse 2
Price: $18.99

**BADGER AR TACTICAL LATCH BLK**
Compare
In stock
ships from Warehouse 2
Price: $18.99

**BADGER RING REDUCERS 30MM TO 1"**
Compare
In stock
ships from Warehouse 2
Price: $42.99

**BADGER TACTICAL BOLT KNOB BLK**
Compare
In stock
ships from Warehouse 2
Price: $47.00

**BADGER CHARGING HNDL W/G1 LATCH RH**
Compare
In stock
ships from Warehouse 2
Price: $114.99

**BADGER UNIV CHRG HNDL W/AMBI G1 LTCH**
Compare
In stock
ships from Warehouse 2
Price: $137.99

**BADGER REM LA SCOPE RAIL 20MOA**
Compare
In stock
ships from Warehouse 2
Price: $170.99

**BADGER REM SA SCOPE RAIL 20MOA**
Compare
In stock
ships from Warehouse 2
Price: $170.99

NO IMAGE

NO IMAGE

NO IMAGE

## Sign Up to receive our email newsletter



**with huge discounts**

Enter email address

EXHIBIT E



| BADGER REM SA SCOPE RAIL FLAT | BADGER SAVAGE SA(AT) SCOPE RAIL 20MOA | BADGER 30MM SCOPE RING HIGH | BADGER 30MM SCOPE RING HIGH ALLOY |
|---|---|---|---|
| Compare | Compare | Compare | Compare |
| In stock | In stock | In stock | In stock |
| ships from Warehouse 2 | ships from Warehouse 2 | ships from Warehouse 2 | ships from Warehouse 2 |
| Price: $170.99 | Price: $177.99 | Price: $190.99 | Price: $190.99 |

Viewing Page 1 of 2
Page: **1** 2 > >>

**FOLLOW US ON**

**SECURITY**



**FEATURED CUSTOM LINKS**
Home
Site Map

**CUSTOMER SERVICE**
About Us
Contact Us
Privacy Policy
Returns
Shipping Info
Terms & Conditions
Firearms Transfer Policy

**HELP & INFORMATION**
FAQ's
Account Info
Order Status

**ACCEPTED PAYMENT METHODS**


**SHIPPING METHODS**

Copyright: LockNLoad Gun Store 2012

Developed by Vortx

EXHIBIT E