# Exhibit F

# Exhibit F



# Badger Ordnance

Quality firearm products

- Home
- Products »
- Services
- Where to Buy
- Military/LE
- Dealer
- Resources »
- Links
- Contact

**You are here:** Home > Products > Products > Universal Charging Handle (with Right and Left hand Gen l Tactical Latch)

EXHIBIT F



# Universal Charging Handle (with Right and Left hand Gen l Tactical Latch)

**$119.00**

.

SKU: 249-38.Category: AR Rifle - Carbine Platform.Tags: AR Rifle.

Description

## Product Description

EXHIBIT F

Designed for competitive shooters or anyone that may need to shoot from transitional positions. The Universal Charging Handle allows easy access to the oversized latch from both sides of the rifles. Mil Spec Anodized Aluminum.

US Patent #7,240,600, #7,900,546

## Search Products

Search for products

## Also Check Out…

**Dead Level Reticle Leveling Device**
$145.00

**Replacement Screws, 8-40 12 ea.**
$6.00

**Angle Cosine Indicator with ACI Ring cap, 4 screw, 34mm**
$189.00

**Short Action Detachable Magazine, 10 round capacity, .223/5.56 (P/N 306-89-10)**
$37.00

**Side Laser Aiming Mount (SLAM Mk II) (P/N 306-109)**
$175.00

© 2014 Badger Ordnance All Rights Reserved. ~ info@badgerordnance.com

EXHIBIT F