# Exhibit G

# Exhibit G



ATTENDEES          EXHIBITORS          MEDIA          EDUCATION          HOTEL/TRAVEL          APPLY





# 2014 SHOT Show Exhibitors

*(As of September 30, 2013)* 10 Minute Deer
Skinner
3point5.com
4Sevens, LLC
5.11 Tactical Series
9G Products
AA&E Leathercraft
Absorbent Industries, Inc.
Accro-Met, Inc.
Accuracy International N.A. Inc
Accu-Shot
Acme United Corp
ACR Electronics
Action Target
ActionSportsGames USA, Inc.
AcuSport Corporation
Adams Arms, Inc.
Adams Industries
ADCO Arms Co, Inc.
Adcor Industries, Inc.
Ade Advanced Optics
AdeQ Firearms Company
ADS, Inc.
Adstar, Inc.
Advanced Technology International
Advanced Training Systems
AdvanTac Technologies
Adventure Lights
Adventure Medical Kits
AE Light
Aetco, Inc.
AGI/American Gunsmithing Inst.
Aguila Ammunition USA
Aim Sports, Inc.
Aimkon Outdoors
Aimpoint Inc.
AimSHOT
Aimtech Mount Systems
Air Venturi
AirForce Airguns
Aker International
Al Mar Knives
Alessi Holsters
All Day Gear LLC
All Weather Outerwear Co., Inc.
Allegiance Ammunition
Allen Company
Alot Enterprise Co., Ltd.
Alpha Industries
Alpine Innovations
ALPS Outdoorz
Alta Industries
Altamont Co.
Alumagrips
AmChar Wholesale

LensLight
Les Baer Custom, Inc.
Less Lethal Africa
Leupold & Stevens, Inc.
Levy's Leathers Ltd.
Lew Horton Distributing Co., Inc.
Lewis Machine & Tool
Liberty Safe & Security
Lightfield Corp.
Linton Cutlery Co., Ltd.
Lion Gears, Inc.
Lipsey's LLC
LoKsak, Inc.
Lone Wolf Distributors
Longleaf Camo
Lothar Walther Precision Tools, Inc.
Lowa Boots
Lowrance-Navico
Lowy Enterprises, Inc.
LRAD
LRB of Long Island, Inc.
Luminox Watch Co.
Luna Optics, Inc.
LWRC
Lyman Products Corp.
Mace Security International
Mag Instrument, Inc.
Magellan GPS
Maglula Ltd.
Magnum USA
Magpul Industries Corp.
MagTech Ammunition Co., Inc.
Majestic Arms, Ltd.
Mancom Manufacturing Inc.
Manta/A.I.M
Manzella Products
Marble's Gun Sight, Inc.
Mark Two Engineering
Markhor Hunting
Marssetti
Marz Tactical Gear
Master Cutlery, Inc.
MasterPiece Arms, Inc.
Matz Abrasives/Stagecoach, Inc.
Maxpedition Hard-Use Gear (EdgyGear
Inc.)
MaxPro Armor
Mayville Engineering Co.
McKeon Products, Inc.
McMillan Fiberglass Stocks
McNett Corporation
ME Technology
Mead Industries, Inc.
Mechanix Wear
Media Index Publishing

EXHIBIT G
3/13/2014

American Cord & Webbing Co, Inc.
American Derringer Corp.
American Furniture Classics
American Innotek, Inc.
American Marketing Co.
American Metals Inc.
American Pioneer Powder, Inc.
American Plastics
American Rifle Company
American Security Products
American Spirit Arms
American Technologies Network
Americase
Ameriglo
Ameristep Corporation
Ammo-Load Worldwide/X-Treme Bullets Inc.
Ammo-Up
Ammunition Storage Components LLC
AMTEC Less-Lethal Systems (ALS)
Anderson Mfg
Anglers Book Supply
Apresys Shanghai Precision Photoelectric
Arc'Teryx
Ariat International Inc.
ARMAG Corporation
Armalite
Armament Technology, Inc.
Armed Guns
Armor Express
Armsan Silah San. ve TiC A.S.
Armscor Precision International
Armytek Optoelectronics Inc.
Amo Bernard Custom Knives
Arrow Precision
ARS Business Solutions LLC
Artistic Plating Company
Ashbury International Group, Inc.
Asla Sourcing Corp.
Asociacion Armera
ASP, Inc.
Astra Radio Communications
ATA Silah San. A.S
ATF
ATK
Atlanco
Atsko/Sno-Seal Inc.
Austin Sheridan USA Inc.
Autoclear
B & F System Inc.
B.E. Meyers
Bad Boy Buggies
Badger Ordnance
Badlands
Ballista Tactical Systems
Bandera-Cal-Bind
Barbour, Inc.
Barnaul Cartridge Plant

Mega Arms LLC
Megamet Solid Metals, Inc.
Meggitt Training Systems
Mendota Products, Inc.
Meopta USA
Meprolight Ltd.
Mercury Luggage/Seward Trunk
Mesa Tactical
Meyerco
MGI
MicroFire Technology Co., Ltd.
Midland Radio Corporation
Midwest Industries
Mike Gibson Mfg.
Mil-Comm Products Company
Mile High Shooting
Militaria, Inc.
Mil-Tac Knives & Tools
MMC Armory
MMI Outdoor
Mocean
Modular Driven Technologies Corp.
Mojo Outdoors
Montana Rifle Company
Morovision Night Vision, Inc.
Mossy Oak Hunting Accessories/Yukon Hunti
Moteng NA, LLC
Motorola/Giant International
Moultrie Products
Mounting Solutions Plus
MPT Industries
MT2, LLC
MTM Molded Products Co
MTM Special Ops
Murdock Webbing
Mystery Ranch
N82 Tactical, Inc.
National Defense Industrial Association
National Emblem, Inc.
National Rifle Association
National Tactical Officers Association
Nation's Best Sports
Nature Blinds LLC
Navy Arms Co./OWS
NcSTAR, Inc.
Neco Nostalgia Enterprises
Nelson Paint Company
Nemo Arms
Nester Hosiery
Newcon Optik
Newtown Firearms
Nextorch, Inc.
NFATCA
NIC Industries, Inc.
Night Optics USA, Inc.
Night Vision Depot
Nightforce Optics