# Exhibit H

# Exhibit H



ATTENDEES     EXHIBITORS     MEDIA     EDUCATION     HOTEL/TRAVEL     APPLY





EXHIBIT H

# 2015 Booth Renewel Appointments

Space Selection, by Company | Space Selection, by Booth

| Company | Booth # | Selection Time |
|---|---|---|
| 10 Minute Deer Skinner | 1608 | Wednesday, January 15, 2014, 9:10 AM |
| 2nd Amendment Ammunition | 4442 | Thursday, January 16, 2014, 3:10 PM |
| 3M Company | 8607 | Thursday, January 16, 2014, 8:30 AM |
| 3M Peltor | 1141 | Wednesday, January 15, 2014, 2:50 PM |
| 3point5.com | 1041 | Tuesday, January 14, 2014, 2:10 PM |
| 4Sevens, LLC | 8211 | Wednesday, January 15, 2014, 3:10 PM |
| 9G Products | 2718 | Thursday, January 16, 2014, 9:30 AM |
| A.A.C. Forearm Forklift, Inc. | 1130 | Thursday, January 16, 2014, 3:30 PM |
| AA&E Leathercraft | 1721 | Tuesday, January 14, 2014, 3:10 PM |
| ABBOTT Furnace Company | 3248 | Thursday, January 16, 2014, 1:30 PM |
| Absorbent Industries, Inc. | 2239 | Thursday, January 16, 2014, 1:30 PM |
| Accro-Met, Inc. | 15558 | Wednesday, January 15, 2014, 11:10 AM |
| Accuracy International N.A. Inc | 20049 | Wednesday, January 15, 2014, 9:30 AM |
| Accu-Shot | 20135 | Wednesday, January 15, 2014, 11:30 AM |
| Acme United Corp | 1410 | Tuesday, January 14, 2014, 2:00 PM |
| ACR Electronics | 3843 | Wednesday, January 15, 2014, 10:30 AM |
| Action Target | 10562 | Tuesday, January 14, 2014, 10:30 AM |
| ActionSportGames USA, Inc. | 2643 | Thursday, January 16, 2014, 10:20 AM |
| AcuSport Corporation | 15741 | Tuesday, January 14, 2014, 8:50 AM |
| Adams Arms, Inc. | 8207 | Thursday, January 16, 2014, 9:10 AM |
| Adams Industries | 6409 | Thursday, January 16, 2014, 11:10 AM |
| Adaptive Tactical, LLC | 4445 | Thursday, January 16, 2014, 3:00 PM |
| ADCO Arms Co, Inc. | 15431 | Tuesday, January 14, 2014, 9:50 AM |
| Adcor Industries, Inc. | 7608 | Tuesday, January 14, 2014, 2:20 PM |
| Ade Advanced Optics | 1509 | Thursday, January 16, 2014, 10:50 AM |
| AdeQ Firearms Company | 30009 | Thursday, January 16, 2014, 11:30 AM |
| ADS, Inc. | 20415 | Wednesday, January 15, 2014, 10:00 AM |
| Adstar, Inc. | 2946 | Tuesday, January 14, 2014, 9:40 AM |
| Advanced Plating Technologies | 1009 | Wednesday, January 15, 2014, 11:30 AM |
| Advanced Technology International | 620 | Tuesday, January 14, 2014, 10:40 AM |

| Company | Booth | Appointment |
|---|---|---|
| Armytek Optoelectronics Inc. | 1720 | Thursday, January 16, 2014, 11:00 AM |
| Arno Bernard Custom Knives | 146 | Wednesday, January 15, 2014, 3:20 PM |
| Arrow Precision | 1250 | Wednesday, January 15, 2014, 4:10 PM |
| ARS Business Solutions LLC | 1928 | Wednesday, January 15, 2014, 8:50 AM |
| Ascendance International | 1952 | Thursday, January 16, 2014, 4:10 PM |
| Ashbury International Group, Inc. | 31407 | Tuesday, January 14, 2014, 1:30 PM |
| Asia Sourcing Corp. | 3209 | Thursday, January 16, 2014, 10:10 AM |
| Asociacion Armera | 15323 | Tuesday, January 14, 2014, 2:50 PM |
| ASP, Inc. | 11971 | Tuesday, January 14, 2014, 4:30 PM |
| Astra Radio Communications | 6411 | Thursday, January 16, 2014, 11:10 AM |
| ATA Silah San. A.S | 2841 | Thursday, January 16, 2014, 10:20 AM |
| Atesci Company Ltd. | 1162 | Thursday, January 16, 2014, 4:00 PM |
| ATF | 2909 | Tuesday, January 14, 2014, 4:00 PM |
| ATK | 14551 | Tuesday, January 14, 2014, 8:30 AM |
| Atlanco | 10970 | Tuesday, January 14, 2014, 4:00 PM |
| Atsko/Sno-Seal Inc. | 10959 | Tuesday, January 14, 2014, 9:30 AM |
| Audemous/Frog Lube | 7306 | Thursday, January 16, 2014, 3:20 PM |
| Austin Sheridan USA Inc. | 11755 | Tuesday, January 14, 2014, 9:20 AM |
| Australian Munitions | 4462 | Thursday, January 16, 2014, 3:00 PM |
| Autoclear | 10775 | Thursday, January 16, 2014, 11:50 AM |
| A-way Hunting Products Inc. | 3363 | Thursday, January 16, 2014, 3:40 PM |
| B & F System Inc. | 3943 | Tuesday, January 14, 2014, 4:10 PM |
| B.E. Meyers | 20361 | Wednesday, January 15, 2014, 2:30 PM |
| Bad Boy Buggies | 1444 | Wednesday, January 15, 2014, 9:10 AM |
| ==Badger Ordnance== | 12046 | Tuesday, January 14, 2014, 11:20 AM |
| Badlands | 10119 | Thursday, January 16, 2014, 8:50 AM |
| Bald Eagle Precision | 4457 | Thursday, January 16, 2014, 4:10 PM |
| Bandera-Cal-Bind | 1131 | Wednesday, January 15, 2014, 4:00 PM |
| Barbour, Inc. | 10022 | Tuesday, January 14, 2014, 11:00 AM |
| Barnaul Cartridge Plant | 2206 | Wednesday, January 15, 2014, 10:00 AM |
| Barnes Precision Machine Inc. | 3966 | Thursday, January 16, 2014, 4:30 PM |
| Barnett Outdoors, LLC | 15522 | Tuesday, January 14, 2014, 3:00 PM |
| Baron Technology, Inc. | 15929 | Tuesday, January 14, 2014, 9:50 AM |
| Barrett Firearms Mfg. Inc. | 11371 | Tuesday, January 14, 2014, 9:50 AM |
| Barska Optics | 3257 | Wednesday, January 15, 2014, 9:40 AM |
| Bates Uniform Footwear | 12262 | Tuesday, January 14, 2014, 3:00 PM |