# Exhibit I

# Exhibit I





Sign Up to receive our email newsletter
with huge discounts
Enter email address
< Signup >

Follow Us On
facebook

Enter Keywords

# BCM GUNFIGHTER CHARG HNDL 556 AMBI

**Price: $78.99**

In stock

ships from Warehouse 2

SKU: BCMGFH556MODA44

Quantity: 1 ADD TO CART Add to Wish List

Print

E-mail this product to a friend

Overview Reviews (0) Related Products Recently Viewed

Bravo Company 5.56MM/223 Mod A44 Black Ambidextrious Charging Handle GFH 556 MOD A44

**Specifications:**

| | |
|---|---|
| Fulfillable: | 1 |
| Stock Number: | BCMGFH556MODA44 |
| Manufacturer id: | BRAVO |
| Description: | Ambidextrious Charging Handle |
| Finish/Color: | Black |
| Manufacturer: | Bravo Company |
| Manufacturer part #: | GFH 556 MOD A44 |
| Model: | 5.56MM/223 |
| Model: | Mod A44 |

EXHIBIT I

**FOLLOW US ON**



**SECURITY**



**FEATURED CUSTOM LINKS**

Home
Site Map

**CUSTOMER SERVICE**

About Us
Contact Us
Privacy Policy
Returns
Shipping Info
Terms & Conditions
Firearms Transfer Policy

**HELP & INFORMATION**

FAQ's
Account Info
Order Status

**ACCEPTED PAYMENT METHODS**

  

**SHIPPING METHODS**



Copyright: LockNLoad Gun Store 2012                                                                              Developed by Vortx

EXHIBIT I