# Exhibit J

# Exhibit J

MY ACCOUNT   VIEW CART   HELP   CONTACT US

Main Objective    

**Shop By Brand**

You are here: **Home** > **BCMGUNFIGHTER™ Charging Handle**

Find by Pricing   Find by Brand



- NEW** Products - Just In
- SALE Specials
- Upper Receiver Groups AR15 : LMT, BCM, Stag Arms
- AR-15 Upper Receivers
- AR-15 Bolt Carrier, Charging Handles, & Parts, etc
- BCMGUNFIGHTER™ Charging Handle
- BCMGUNFIGHTER™ Compensator
- BCMGUNFIGHTER™ KMR Handguard
- BCMGUNFIGHTER™ Pistol Grips
- BCMGUNFIGHTER™ Vertical Grips
- AR-15 Barrel Assemblies
- AR-15 Barrel Parts, Flash Suppressors, Gas Blocks, etc.
- AR-15 Lower Parts
- Stocks, Grips, and Handguards: Vltor, Magpul, Tango Down, etc
- KeyMod™ Accessories
- Tactical Handguards: Daniel Defense, YHM, LaRue Tactical, Troy Ind, Midwest Industries, etc
- Tactical Handguards for AK47 AK74 and SCAR16 SCAR17
- Iron Sights
- Tactical Accessories
- Magazines and Accessories
- Slings and Mounts
- Optics: Aimpoint, EOTech, Trijicon,
- Optic Mounts: Midwest Ind, LaRue Tactical, ARMS, ADM, Bobro, Trijicon, Global Defense Initiative
- Tactical Flashlights and Weapon Lights: Surefire, Inforce
- Armorers Tools, Cleaning, Lubrication, etc
- 10-8 Performance 1911 Parts and Accessories
- Smith & Wesson M&P Parts, Accessories, and Magazines
- Glock Parts, Accessories, and Magazines
- EAG Tactical Products
- Magpul Dynamics Products
- Vickers Tactical Signature Gear
- BCM 03 MSF Chest Harness
- Tactical Gear
- AR-15 Books, Videos, Training Tools

Sort By: Title   Search Within   Go     300 per page   Page 1 of 1

**BCMGUNFIGHTER Ambidextrous Charging Handle (5.56mm/.223) w/ Mod A44 (Ambi)**
List Price: $75.00
Our Price: **$69.95**
You save $5.05!
In Stock

Ambidextrous Charging Handle for the 21st Century Gun Fighter.

**BCMGUNFIGHTER Charging Handle (5.56mm/.223) w/ Mod 3 (LARGE) Latch**
List Price: $48.00
Our Price: **$44.95**
You save $3.05!
In Stock

A Charging Handle for the 21st Century Gun Fighter.

**BCMGUNFIGHTER Charging Handle (5.56mm/.223) w/ Mod 3 TRAINING USE ONLY SAMPLE**
List Price: $48.00
Our Price: **$25.95**
You save $22.05!
(Out of Stock)

A Charging Handle for the 21st Century Gun Fighter.

**BCMGUNFIGHTER Charging Handle (5.56mm/.223) w/ Mod 4 (MEDIUM) Latch**
List Price: $48.00
Our Price: **$44.95**
You save $3.05!
In Stock

A Charging Handle for the 21st Century Gun Fighter.

**BCMGUNFIGHTER Charging Handle (5.56mm/.223) w/ Mod 5 (SMALL) Latch**
List Price: $48.00
Our Price: **$44.95**
You save $3.05!
In Stock

A Charging Handle for the 21st Century Gun Fighter. Coming Late Spring.

**BCMGUNFIGHTER Charging Handle (7.62mm/.308) w/ Mod 3 (LARGE) Latch**
List Price: $58.00
Our Price: **$54.95**
You save $3.05!
In Stock

A Charging Handle for the 21st Century Gun Fighter. (for a 7.62mm/.308 AR platform) Coming in Spring 2010 !

**BCMGUNFIGHTER Charging Handle (7.62mm/.308) w/ Mod 4 (MEDIUM) Latch**
List Price: $58.00
Our Price: **$54.95**
You save $3.05!
In Stock

A Charging Handle for the 21st Century Gun Fighter. (for a 7.62mm/.308 AR platform)

**BCMGUNFIGHTER Charging Handle (7.62mm/.308) w/ Mod 5 (SMALL) Latch**
List Price: $58.00
Our Price: **$54.95**
You save $3.05!
In Stock

A Charging Handle for the 21st Century Gun Fighter. (for a 7.62mm/.308 AR platform)

**BCMGUNFIGHTER™ Sticker 25"**
Our Price: **$3.00**
In Stock



A 25" sticker for the 21st Century Gun Fighter.



EXHIBIT J

- Deal of the Day
- Media Information
- AR-15 Links
- AR-15 News
- AR-15 Video
- Misc Articles & Info

Military Times Gear Scout Review, BCMGUNFIGHTER Charging Handles, January 2010, Stickman
Military Times Gear Scout Review, BCMGUNFIGHTER Charging Handles, October 2012, Stickman



S.W.A.T. Magazine, BCMGUNFIGHTER Charging Handles, January 2010, Pat Rogers

Sale Pricing Going On Now!
BravoCompanyUSA.Com
GIFT CERTIFICATES
Great for the HOLIDAYS!





**Join our mailing list. Get Info on Sales, Specials, and New Products!**

Click Here



| **About Us** | **My Account** | **Helpful Info** | **Questions?** | **Stay Connected** |
|---|---|---|---|---|
| Company Information | View Cart | Shipping & Returns | Toll-Free 1-877-BRAVO CO |  |
| Contact Us | My Wishlist | Privacy Policy | M - F | 8am - 4pm CST | |
| | Order Status | Terms & Conditions | info@BravoCompanyUSA.com | |

Copyright © 2014 www.bravocompanyusa.com • All Rights Reserved                         Built with Volusion

EXHIBIT J