**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRAVO COMPANY USA, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BADGER ORDNANCE LLC and MARTIN J. ) <br> BORDSON, ) <br> ) <br> Defendants. ) <br> _____) | Case No. 2:14-cv-00387-RCJ-GWF <br><br> **ORDER** <br><br> Joint Motion to Extend Stay of Discovery (#32) |

This matter is before the Court on the parties' Joint Motion to Extend Stay of Discovery (#32), filed September 15, 2014.

The Court permitted limited jurisdictional discovery and further stayed other discovery and pre-trial deadlines until a final determination could be made on personal jurisdiction. *See Dkt. #29*. The stay was set to automatically lift on or before July 30, 2013, with the parties being permitted to stipulate to extensions of the stay. On July 30, 2014, the parties filed their first joint motion to extend the stay until September 15, 2014, which was granted. *See Dkt. #31*. Now before the Court is the parties second joint motion, therein requesting to extend the stay until October 15, 2014 to complete jurisdictional discovery. Pursuant to Fed. R. Civ. P. 6(b) and LR 26-1, extensions of time may be granted for good cause shown. After reviewing the joint motion, the Court finds the parties have shown good cause. Accordingly,

. . .

. . .

. . .

. . .

1    **IT IS HEREBY ORDERED** that the parties' Joint Motion to Extend Stay of Discovery
2  (#32) is **granted.**  The discovery stay shall be extended to **October 15, 2014**.
3      DATED this 17th day of September, 2014.

                                             _____
                                              GEORGE FOLEY, JR.
                                              United States Magistrate Judge