# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRAVO COMPANY USA, INC., | |
| Plaintiff, | Case No. 2:14-cv-00387-RCJ-GWF |
| vs. | **ORDER** |
| BADGER ORDNANCE LLC and MARTIN J. BORDSON, | |
| Defendants. | |

This matter is before the Court on the Joint Motion to Extend Stay of Discovery (Third Request) (#34) filed October 10, 2014.  Upon review and consideration,

**IT IS HEREBY ORDERED** that the Joint Motion to Extend Stay of Discovery (Third Request) (#34) is **granted**.  The stay of discovery is extended through November 14, 2014.

DATED this 14th day of October, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge