COLBY B. SPRINGER
Admitted *pro hac vice*
cspringer@polsinelli.com
**POLSINELLI LLP**
Three Embarcadero Center, Suite 1350
San Francisco, CA  94111
Telephone: (415) 248-2118
Fax: (415) 248-2101

JONATHAN W. FOUNTAIN
Nevada Bar No. 10351
jfountain@lrrc.com
**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169
Telephone: (702) 949-8200
Fax: (702) 949-8398

Attorneys for Plaintiff
Bravo Company USA, Inc.

WILLIAM B. NASH
Admitted *pro hac vice*
bill.nash@haynesboone.com
**HAYNES AND BOONE, LLP**
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone: (214) 651-5000
Fax: (214) 651-5940

JASON W. WHITNEY
Admitted *pro hac vice*
jason.whitney@haynesboone.com
**HAYNES AND BOONE, LLP**
112 E. Pecan Street, Suite 1200
San Antonio, Texas 78205
Telephone: (210) 978-7000
Fax: (210) 978-7450

DONALD J. CAMPBELL
Nevada Bar No. 1216
djc@cwlawlv.com
J. COLBY WILLIAMS
Nevada Bar No. 5549
jcw@cwlawlv.com
**CAMPBELL & WILLIAMS**
700 South Seventh Street
jcw@cwlawlv.com
Las Vegas, Nevada  89101
Telephone: (702) 382-5222
Fax: (702) 382-0540

Attorneys for Defendant
Martin J. Bordson

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Bravo Company USA, Inc., a Wisconsin corporation,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>Martin J. Bordson, an individual,<br><br>　　　　　　　　　　　　Defendant. | Case No. 2:14-cv-00387-RCJ-GWF<br><br>**STIPULATION TO AMEND SCHEDULING ORDER**<br><br>**(First Request)** |

　　　Bravo Company USA, Inc. ("Plaintiff") and Defendant Martin J. Bordson ("Defendant") (together, the "Parties"), submit the following:

7286321_1

1. Rule 16.1-3 of the Local Rules of Practice for Patent Cases before the United States District Court for the District of Nevada (the "Local Patent Rules") provides for the submission of proposed modifications to the obligations and deadlines imposed by the Court's Local Patent Rules.

2. On June 17, 2015, the Court entered the Parties' Renewed Discovery Plan and Scheduling Order (Doc. 54) (the "Scheduling Order").

3. The Scheduling Order set forth the following dates and deadlines:

| Event | Deadline |
|---|---|
| Initial Rule 26(a)(1)(A) Disclosures | June 25, 2015 |
| Plaintiff's LR 16.1-11/16.1-8 Non-Infringement, Invalidity, and Unenforceability Contentions and LR 16.1-9 document production | 60 days after issuance of Discovery Plan and Scheduling Order<br><br>August 16, 2015 |
| Defendant's LR 16.1-11 responses to Plaintiff's initial Non-Infringement, Invalidity, and Unenforceability Contentions, LR 16.1-6 Disclosure of Asserted Claims and Infringement Contentions, and LR 16.1-7 document production | 90 days from service of Plaintiff's LR 16.1-11/16.1-8 Non-Infringement, Invalidity, and Unenforceability Contentions and LR 16.1-9 document production<br><br>November 14, 2015 |
| Pre-Claim Construction Settlement Conference | 30 days after submission of all disclosures and responses required under LR 16.1-6 through 16.1-12<br><br>December 14, 2015 |
| Exchange of Proposed Terms for Construction | 180 days after issuance of Discovery Plan and Scheduling Order<br><br>December 14, 2015 |
| Exchange of Preliminary Claim Constructions and Supporting Extrinsic Evidence | 30 days after exchange of Proposed Terms for Construction<br><br>January 13, 2016 |
| Joint Claim Construction and Prehearing Statement | 45 days after exchange of Proposed Terms for Construction<br><br>**January 28, 2016** |

7286321_1

| Event | Deadline |
|---|---|
| Parties Submit *Markman* Tutorials | 15 days after filing of Joint Claim Construction and Prehearing Statement<br><br>**February 12, 2016** |
| Opening Claim Construction Briefs from all Parties | 30 days after filing of Joint Claim Construction and Prehearing Statement<br><br>**February 27, 2016** |
| Responsive Claim Construction Briefs from all Parties | 14 days after filing of Opening Claim Construction Briefs<br><br>**March 12, 2016** |
| Reply Claim Construction Briefing | 7 days after filing of Responsive Claim Construction Briefs<br><br>**March 19, 2016** |
| Claim Construction Hearing | Court's convenience |
| Entry of *Markman* order | Court's convenience |
| Post-Claim Construction Settlement Conference | 30 days after entry of *Markman* Order |
| Initial expert disclosures | 60 days after entry of *Markman* Order |
| Rebuttal expert disclosures | 30 days after entry of *Markman* Order |
| Completion of Expert Discovery | 15 days after service of rebuttal expert reports |
| Dispositive Motions | 45 days after expert discovery |
| Amending the Pleadings and Adding Parties | 90 days before close of discovery |
| Pre-Trial Order | 30 days after decision on last pending dispositive motion |
| Pre-trial Settlement Conference | 30 days after filing of the Pre-Trial Order |

4. The Parties wish to extend the remaining deadlines by 12 days as follows:

| Event | Deadline |
|---|---|
| Joint Claim Construction and Prehearing Statement | **February 9, 2016** |
| Parties Submit *Markman* Tutorials | 15 days after filing of Joint Claim Construction and Prehearing Statement<br><br>**February 24, 2016** |
| Opening Claim Construction Briefs from all Parties | 30 days after filing of Joint Claim Construction and Prehearing Statement |

7286321_1

|  | **March 10, 2016** |
|---|---|
| Responsive Claim Construction Briefs from all Parties | 14 days after filing of Opening Claim Construction Briefs |
|  | **March 24, 2016** |
| Reply Claim Construction Briefing | 7 days after filing of Responsive Claim Construction Briefs |
|  | **March 31, 2016** |
| Claim Construction Hearing | Court's convenience |
| Entry of *Markman* order | Court's convenience |
| Post-Claim Construction Settlement Conference | 30 days after entry of *Markman* Order |
| Initial expert disclosures | 60 days after entry of *Markman* Order |
| Rebuttal expert disclosures | 30 days after entry of *Markman* Order |
| Completion of Expert Discovery | 15 days after service of rebuttal expert reports |
| Dispositive Motions | 45 days after expert discovery |
| Amending the Pleadings and Adding Parties | 90 days before close of discovery |
| Pre-Trial Order | 30 days after decision on last pending dispositive motion |
| Pre-trial Settlement Conference | 30 days after filing of the Pre-Trial Order |

5. Good cause exists for the requested extension because the parties are continuing to engage in the meet and confer process as it pertains to the stipulated construction of certain terms. The parties have already agreed that the construction of five identified terms is not required and are hopeful that they may reduce the number of terms requiring construction even further thereby greatly simplifying the requisite briefing by and between the parties and the resources that might otherwise be required of the Court.

**IT IS SO AGREED AND STIPULATED:**

Dated: January 28, 2016                                  Respectfully submitted,

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**          **HAYNES AND BOONE, LLP**

By: /s/ Jonathan W. Fountain                              By: /s/ William B. Nash
Jonathan W. Fountain                                           William B. Nash
jfountain@lrrc.com                                              2323 Victory Avenue, Suite 700
3993 Howard Hughes Parkway, Suite 600              Dallas, Texas 75219
Las Vegas, NV 89169-5996                                   Telephone: (214) 651-5000
Telephone: (702) 949-8200                                   Fax: (214) 651-5940
Fax: (702) 949-8398                                             Email: bill.nash@haynesboone.com
                                                                            Admitted *pro hac vice*

7286321_1

**POLSINELLI** *LLP*
Colby B. Springer
cspringer@polsinelli.com
Three Embarcadero Center, Suite 1350
San Francisco, CA 94111
Telephone: (415) 248-2118
Fax: (415) 248-2101
Admitted *pro hac vice*

Attorneys for Plaintiff
Bravo Company USA, Inc.

Jason W. Whitney
112 E. Pecan Street, Suite 1200
San Antonio, Texas 78205
Telephone: (210) 978-7000
Fax: (210) 978-7450
Email: jason.whitney@haynesboone.com
Admitted *pro hac vice*

**CAMPBELL & WILLIAMS**
Donald J. Campbell
djc@campbellandwilliams.com
J. Colby Williams
jcw@campbellandwilliams.com
Phillip R. Erwin
perwin@campbellandwilliams.com
700 S. 7th Street
Las Vegas, NV 89101
Telephone: (702) 382-5222
Fax: (702) 382-0540

Attorneys or Defendant
Martin J. Bordson

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 29, 2016

7286321_1