THOMAS S. REYNOLDS II
Admitted *Pro Hac Vice*
treynolds@hrdclaw.com
JEREMY ADELSON
Admitted *Pro Hac Vice*
jadelson@hrdclaw.com
**HANSEN REYNOLDS DICKINSON CRUEGER LLC**
316 N. Milwaukee Street, Suite 200
Milwaukee, WI 53202
Telephone: 414.455.7676

SARAH TROUPIS FERGUSON
Admitted *Pro Hac Vice*
sferguson@hrdclaw.com
**HANSEN REYNOLDS DICKINSON CRUEGER LLC**
7600 Terrace Avenue, Suite 201
Middleton, WI 53562
Telephone: 608.841.1352

JACOB E. MIOTA
Admitted *Pro Hac Vice*
jmiota@miotalaw.com
**MIOTA LAW LLC**
1400 E. Olive Street
Shorewood, WI 53202
Telephone: 414.973.9305

JONATHAN W. FOUNTAIN
Nevada Bar. No. 10351
jfountain@lrrc.com
**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Telephone: 702.949.8200

*Attorneys for Plaintiff Bravo Company USA, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Bravo Company USA, Inc., a Wisconsin corporation<br><br>　　　　　Plaintiff(s),<br><br>　　vs.<br><br>Martin J. Bordson, d/b/a Badger Ordnance, an individual<br><br>　　　　　Defendant. | Case No.: 2:14-CV-387-RCJ-GWF<br><br>**JOINT MOTION TO ALTER HEARING DATE** |

1

1   Plaintiff Bravo Company, USA, Inc. ("Bravo Company") and Defendant Martin J.
2   Bordson, d/b/a Badger Ordnance ("Bordson") (collectively, the "Parties"), through their
3   respective attorneys, hereby stipulate and respectfully move the Court to change the scheduled
4   date and time for the Motion Hearing currently set for Friday, October 28, 2016 at 1:30 PM
5   (PDT) to Thursday, October 27, 2016 at 1:30 (PDT).

6   On September 23, 2016 Bravo Company filed a Motion to Compel with the Court. Dkt #
7   107. On September 27, 2016 the Court ordered a Motion Hearing on Bravo Company's Motion
8   to Compel set for Friday, October 28, 2016. Dkt # 108.

9   On October 17, 2016, counsel for Bravo Company contacted the Court to inquire if the
10  Court would be available to hold the scheduled hearing on Thursday, October 27, 2016 at 1:30
11  (PDT). The Court advised counsel for Bravo Company that the Court was available to hold the
12  scheduled hearing on Thursday, October 27, 2016 at 1:30 (PDT). On October 19, 2016 counsel
13  for Bordson contacted the Court to inquire if counsel for the Parties could appear telephonically
14  for the scheduled hearing. The Court advised counsel for Bordson that out-of-state counsel for
15  the Parties could appear telephonically for the scheduled hearing, including if the Court holds the
16  scheduled hearing on Thursday, October 27, 2016 at 1:30 (PDT). The Court subsequently issued
17  a minute order to confirming that counsel for the Parties could appear telephonically for the
18  scheduled hearing. Dkt # 114.

## CONCLUSION

20  For the foregoing reasons, the Parties respectfully request that this Court change the
21  scheduled date and time for the Motion Hearing currently set for Friday, October 28, 2016 at
22  1:30 PM (PDT) to Thursday, October 27, 2016 at 1:30 (PDT).

23  Dated: October 19, 2016

  /s/ Jason W. Whitney
WILLIAM B. NASH
**HAYNES AND BOONE, LLP**
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone: (214) 651-5000
Fax: (214) 651-5940

  /s/ Jeremy Adelson
THOMAS S. REYNOLDS II
Admitted *Pro Hac Vice*
treynolds@hrdclaw.com
JEREMY ADELSON
Admitted *Pro Hac Vice*
jadelson@hrdclaw.com
**HANSEN REYNOLDS DICKINSON**

2

| | |
|---|---|
| Email: bill.nash@haynesboone.com | **CRUEGER LLC**<br>316 N. Milwaukee Street, Suite 200<br>Milwaukee, WI 53202<br>Telephone: 414.455.7676 |
| JASON W. WHITNEY<br>**HAYNES AND BOONE, LLP**<br>112 E. Pecan Street, Suite 1200<br>San Antonio, Texas 78205<br>Telephone: (210) 978-7000<br>Fax: (210) 978-7450<br>Email: jason.whitney@haynesboone.com | SARAH TROUPIS FERGUSON<br>Admitted *Pro Hac Vice*<br>sferguson@hrdclaw.com<br>**HANSEN REYNOLDS DICKINSON CRUEGER LLC**<br>7600 Terrace Avenue, Suite 201<br>Middleton, WI 53562<br>Telephone: 608.841.1352 |
| DONALD J. CAMPBELL<br>J. COLBY WILLIAMS<br>PHILLIP R. ERWIN<br>SAMUEL R. MIRKOVICH<br>**CAMPBELL & WILLIAMS**<br>700 S. 7th Street<br>Las Vegas, NV 89101<br>Telephone: (702) 382-5222<br>Fax: (702) 382-0540<br>Email: djc@campbellandwilliams.com<br>Email: jcw@campbellandwilliams.com<br>Email: perwin@campbellandwilliams.com<br>Email: srm@campbellandwilliams.com | JACOB E. MIOTA<br>Admitted *Pro Hac Vice*<br>jmiota@miotalaw.com<br>**MIOTA LAW LLC**<br>1400 E. Olive Street<br>Shorewood, WI 53202<br>Telephone: 414.973.9305<br><br>JONATHAN W. FOUNTAIN<br>Nevada Bar. No. 10351<br>jfountain@lrrc.com<br>**LEWIS ROCA ROTHGERBER CHRISTIE LLP**<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, NV 89169<br>Telephone: 702.949.8200 |
| *Attorneys for Defendant Martin J. Bordson* | *Attorneys for Bravo Company USA, Inc.* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 10/20/2016

3