# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BRAVO COMPANY USA, INC.,

    Plaintiff,

vs.

BADGER ORDNANCE LLC and MARTIN J. BORDSON,

    Defendants.

Case No. 2:14-cv-00387-RCJ-GWF

**ORDER**

    This matter is before the Court on Plaintiff's Motion for Leave to File Under Seal (ECF No. 121), filed on October 21, 2016.

    Plaintiff requests leave to file under seal Exhibit H and Exhibit I to be attached to Plaintiff's Reply in Support of its Motion to Compel (ECF No. 118). Plaintiff represents that the exhibits contain information designated as confidential pursuant to the parties' stipulated protective order (ECF No. 60). The Court finds good cause to allow Plaintiff to file Exhibit H and Exhibit I to its Reply in Support of its Motion to Compel under seal. Accordingly,

    **IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to File Under Seal (ECF No. 121) is **granted**.

    DATED this 25th day of October, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge