WILLIAM B. NASH, ESQ. (*pro hac vice*)
bill.nash@haynesboone.com
JASON W. WHITNEY, ESQ. (*pro hac vice*)
jason.whitney@haynesboone.com
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone: (210) 978-7477
Facsimile: (210) 978-7450

DONALD J. CAMPBELL, ESQ. (1216)
djc@cwlawlv.com
J. COLBY WILLIAMS, ESQ. (5549)
jcw@cwlawlv.com
CAMPBELL & WILLIAMS
700 South Seventh Street
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

*Attorneys for Defendant*
*Martin J. Bordson d/b/a Badger Ordnance*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Bravo Company USA, Inc.,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>Martin J. Bordson d/b/a Badger Ordnance,<br>　　　　Defendant. | No. 2:14-CV-387-RCJ-(GWF)<br><br>**Stipulated Motion to**<br>**Dismiss All Claims and Counter-claims**<br>**With Prejudice** |

Pursuant to Federal Rules of Civil Procedure 15(a)(2) and 41(a)(1)(A)(ii), Plaintiff Bravo Company, USA, Inc. ("Bravo Company") and Defendant Martin J. Bordson, d/b/a Badger Ordnance ("Bordson") (collectively, the "Parties") hereby stipulate and move for dismissal with prejudice all claims and counterclaims asserted in this action, with each party to bear its own costs and fees.

DATED this 20th day of December, 2016.

1

| | |
|---|---|
| /s/ William B. Nash<br>WILLIAM B. NASH<br>**HAYNES AND BOONE, LLP**<br>2323 Victory Avenue, Suite 700<br>Dallas, Texas 75219<br>Telephone: (210) 978-7477<br>Fax: (214) 651-5940<br>Email: bill.nash@haynesboone.com<br><br>JASON W. WHITNEY<br>**HAYNES AND BOONE, LLP**<br>112 E. Pecan Street, Suite 1200<br>San Antonio, Texas 78205<br>Telephone: (210) 978-7000<br>Fax: (210) 978-7450<br>Email: jason.whitney@haynesboone.com<br><br>DONALD J. CAMPBELL<br>J. COLBY WILLIAMS<br>PHILLIP R. ERWIN<br>SAMUEL R. MIRKOVICH<br>**CAMPBELL & WILLIAMS**<br>700 S. 7th Street<br>Las Vegas, NV 89101<br>Telephone: (702) 382-5222<br>Fax: (702) 382-0540<br>Email: djc@campbellandwilliams.com<br>Email: jcw@campbellandwilliams.com<br>Email: perwin@campbellandwilliams.com<br>Email: srm@campbellandwilliams.com<br><br>*Attorneys for Defendant Martin J. Bordson* | /s/ Thomas S. Reynolds<br>THOMAS S. REYNOLDS II<br>Admitted *Pro Hac Vice*<br>treynolds@hrdclaw.com<br>JEREMY ADELSON<br>Admitted *Pro Hac Vice*<br>jadelson@hrdclaw.com<br>**HANSEN REYNOLDS DICKINSON CRUEGER LLC**<br>316 N. Milwaukee Street, Suite 200<br>Milwaukee, WI 53202<br>Telephone: 414.455.7676<br><br>SARAH TROUPIS FERGUSON<br>Admitted *Pro Hac Vice*<br>sferguson@hrdclaw.com<br>**HANSEN REYNOLDS DICKINSON CRUEGER LLC**<br>7600 Terrace Avenue, Suite 201<br>Middleton, WI 53562<br>Telephone: 608.841.1352<br><br>JACOB E. MIOTA<br>Admitted *Pro Hac Vice*<br>jmiota@miotalaw.com<br>**MIOTA LAW LLC**<br>1400 E. Olive Street<br>Shorewood, WI 53202<br>Telephone: 414.973.9305<br><br>JONATHAN W. FOUNTAIN<br>Nevada Bar. No. 10351<br>jfountain@lrrc.com<br>**LEWIS ROCA ROTHGERBER CHRISTIE LLP**<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, NV 89169<br>Telephone: 702.949.8200<br><br>*Attorneys for Bravo Company USA, Inc.* |

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: January 5, 2017.

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 20th day of December, 2016, the foregoing **Stipulated Motion to Dismiss All Claims and Counter-claims With Prejudice** was filed with the Clerk of the Court via the Court's CM/ECF system, and served via electronic mail to all parties on the e-service list in the Court's CM/ECF.

    /s/ William Nash
William B. Nash